JESSE MAYS, ETC. v. ANCORA PSYCHIATRIC HOSPITAL, ET AL.

February 7, 1989.

Petition for certification denied.

IN RE THE AMENDMENT OF N.J.A.C. 8:31B–3.31 AND N.J.A.C. 8:31B–3.51 BY THE STATE OF NEW JERSEY COMMISSIONER OF HEALTH AND THE STATE HEALTH CARE ADMINISTRATION BOARD.

IN RE THE AMENDMENT OF N.J.A.C. 8:31B–3.31 BY THE STATE OF NEW JERSEY COMMISSIONER OF HEALTH AND THE HEALTH CARE ADMINISTRATION BOARD.

February 7, 1989.

Petition for certification granted.

ROGER D. DE BERARDINE, ET AL. v. ROCKLAND ELECTRIC COMPANY.

February 7, 1989.

Petition for certification denied.